UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
BRAULIO THORNE, *on behalf of himself and all others*   :
*similarly situated*,                                                   :
                                                                        :
                                            Plaintiffs,                 :                    25-CV-9976 (JMF)
                                                                        :
               -v-                                                      :                    ORDER
                                                                        :
AKI HOLDINGS, INC.,                                                     :
                                                                        :
                                            Defendant.                  :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

               SO ORDERED.

Dated:  December 4, 2025
        New York, New York                          _____
                                                            JESSE M. FURMAN
                                                        United States District Judge