**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Braulio Thorne,

                              Plaintiff,

            -against-

Aki Holdings, Inc.,

                              Defendant.

**1:25-cv-09976 (JMF) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management (ECF No. 7). The Complaint was filed on December 2, 2025. Under Rule 4(m) of the Federal Rules of Civil Procedure, the Defendant must be served within 90 days. The deadline for service was yesterday, Monday, March 2, 2026.

Accordingly, no later than Monday, March 9, 2026, Plaintiff shall either file proof of service to the docket or request for good cause an extension of the deadline for service.

**SO ORDERED.**

Dated:      New York, New York
            March 3, 2026

_____
STEWART D. AARON
United States Magistrate Judge